UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

LATEE BAKER, STEVEN CAMACHO,
BRADLEY CROWE AND KATINA MURRAY ON
BEHALF OF THEMSELVES AND ALL OTHER
EMPLOYEES SIMILARLY SITUATED,

                              PLAINTIFFS

**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)**

3:19-CV-390 [FJS/DEP]

v.

EVEREST HOTEL GROUP, LLC; RAJUMAANAR
ENTERPRISES, INC., SUNNY KHAN, AMIR KHAN,
et al.

                              DEFENDANTS.

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)

Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, plaintiffs Latee Baker, Steven Camacho, Bradley Crowe and Katina Murray hereby give notice that the above-captioned action is voluntarily dismissed, without prejudice, against all defendants named in the Complaint.

DATED:    Ithaca, New York
             May 15, 2019

IT IS SO ORDERED:

_/s/ David E. Peebles_
David E. Peebles
U.S. Magistrate Judge

Dated: 5/15/2019

/s/Stan Matusz
Stan Matusz, Esq.
Bar Roll #520502
Counsel for Plaintiffs
29 Murfield Drive
Ithaca, NY 14850
Telephone: (607) 319-5513
Email: stanmatusz@gmail.com